IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ALBERT MORRIS, et al.,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:12-cv-4923-O |
| **UNIFIED HOUSING FOUNDATION, INC., et al.,** | § § § | |
| Defendants. | § § § | |

### ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiffs filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge and **DIRECTS** that this case be remanded to the 162nd District Court, Dallas County, Texas, Case No. DC-11-15358-1.

**SO ORDERED** on this **3rd day** of **April, 2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1